UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTY MORRIS,

                Plaintiff,

-against-

JOSEPH DELUCA, M.D., et al.,

                Defendants.

23-CV-7229 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

        The Court thanks the parties for the submission of the proposed Case Management Plan. In light of the Stipulation and Order of Dismissal, ECF No. 12, it appears that the Court no longer has subject-matter jurisdiction. As such, the initial pretrial conference scheduled for September 28, 2023 is adjourned *sine die*. The parties are instead directed to submit a letter pursuant to the Court's individual rules by **October 6, 2023** regarding whether the Court has subject-matter jurisdiction. If the parties agree that there is no subject matter jurisdiction or if the parties do not file anything by the deadline, the Court will remand the case for lack of subject-matter jurisdiction without further notice to the parties. Defendants are directed to serve on Plaintiff a copy of this Order within two business days of this Order.

Dated:  September 27, 2023
          New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*

                                          JESSICA G. L. CLARKE
                                          United States District Judge